KINGS COUNTY TRUST COMPANY, as Trustee under a Deed of Trust Made the 5th Day of March, 1927, by FREDERIC W. NORRIS, as Grantor, Respondent, v. THE DOMESTIC AND FOREIGN MISSIONARY SOCIETY OF THE PROTESTANT EPISCOPAL CHURCH IN THE UNITED STATES OF AMERICA and Another, Respondents, and MARGARET FERNIE NORRIS, Appellant, and Others, Defendants.— Motion

for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell and Davis, JJ.; Lazansky, P. J., not voting.